## ROTAR v INDUSTRIAL COMMISSION

Ohio Appeals, 7th Dist, Trumbull Co

Decided Feb 12, 1931

For full opinion see 178 NE 208; 40 Oh Ap 168 (Oh Bar 1-19-32).